## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

OPERATING ENGINEERS LOCAL NO. 101    )
PENSION FUND, <u>et</u> <u>al</u>.,                   )
                                         )
              Plaintiffs,        )
                                         )
v.                                   )     Case No. 06-2571-KHV
                                       )
DIAZ CONSTRUCTION COMPANY, INC.,    )
                                       )
              Defendant.      )
_____)

## <u>ORDER OF DEFAULT JUDGMENT</u>

Upon Plaintiffs' Motion for Default Judgment, this Court finds that Defendant Diaz Construction Company, Inc. is in Default and entry of Default Judgment is proper pursuant to Federal Rules of Civil Procedure 55.

IT IS HEREBY ORDERED that default judgment is entered against Defendant Diaz Construction Company, Inc. and in favor of all the Plaintiffs in the amount of ten thousand, five hundred twenty-three and 46/100 Dollars ($10,523.46).

IT IS SO ORDERED THIS 21st DAY OF March, 2007.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
U.S. District Court Judge